# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| **STANLEY HAWKINS, INDIVIDUALLY** | § | **CASE NO. 5:13-cv-00121** |
| **AND AS INDEPENDENT EXECUTOR** | § | |
| **OF THE ESTATE OF ELIZABETH** | § | |
| **PAIGE HAWKINS, DECEASED;** | § | |
| **AND LACY PAIGE McKEE,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **NEXION HEALTH MANAGEMENT, INC.;** | § | |
| **NEXION HEALTH AT BOGATA, INC.,** | § | |
| **d/b/a REGENCY HEALTHCARE AND** | § | |
| **REHABILITATION CENTER AT** | § | |
| **RED RIVER; NEXION HEALTH** | § | |
| **LEASING, INC.; NEXION HEALTH OF** | § | |
| **TEXAS, INC.; AND NEXION HEALTH, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## MOTION TO DISMISS CLAIM OF LACY PAIGE McKEE

COMES NOW Motion to Dismiss the Claim of Lacy Paige McKee, previously a Plaintiff in the above numbered and entitled cause, and would show:

### I.

The claim of Lacy Paige McKee was previously dismissed from the pleadings in the above numbered and entitled cause.

### II.

This motion is to formally dismiss the claim of Lacy Paige McKee only.

Respectfully submitted,

**SMITH WEBER, L.L.P.**
5505 Plaza Drive - P.O. Box 6167
Texarkana, TX 75505
Telephone: 903/ 223-5656
Facsimile: 903/223-5652

By:   */s/ J. Michael Smith*
_____
**J. Michael Smith** - *Lead Attorney*
Texas State Bar ID No. 18630500
E-Mail:  msmith@smithweber.com

**C. David Glass**
Texas State Bar No. 24036642
E-mail:  dglass@smithweber.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system on this 15th day of May, 2015, which will send notification of such filing to the following parties:

Gregory N. Ziegler
C. Edward Johnson
MacDonald Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

*/s/ J. Michael Smith*
J. Michael Smith