# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| STANLEY HAWKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF ELIZABETH PAIGE HAWKINS, DECEASED; AND LACY PAIGE McKEE, | § § § § § § | CASE NO. 5:13-cv-00121 |
| Plaintiffs, | § § | |
| v. | § § | |
| NEXION HEALTH MANAGEMENT, INC.; NEXION HEALTH AT BOGATA, INC., d/b/a REGENCY HEALTHCARE AND REHABILITATION CENTER AT RED RIVER; NEXION HEALTH LEASING, INC.; NEXION HEALTH OF TEXAS, INC.; AND NEXION HEALTH, INC., | § § § § § § § § § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the Motion to Dismiss the Claim of Lacy Paige McKee. The Court finds that the claim of Lacy Paige McKee had previously been dismissed from Amended Complaints in the above numbered and entitled cause and there is a need for the formal dismissal of the claim of Lacy Paige McKee.

THEREFORE, IT IS ORDERED that the claim of Lacy Paige McKee only is hereby dismissed.

**So Ordered and Signed on this**

**May 19, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE