## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **STANLEY HAWKINS, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF ELIZABETH PAIGE HAWKINS, DECEASED,** | § § § § § | **CASE NO. 5:13-cv-00121** |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **NEXION HEALTH MANAGEMENT, INC.; NEXION HEALTH AT BOGATA, INC., d/b/a REGENCY HEALTHCARE AND REHABILITATION CENTER AT RED RIVER; NEXION HEALTH LEASING, INC.; NEXION HEALTH OF TEXAS, INC.; AND NEXION HEALTH, INC.,** | § § § § § § § § | |
| **Defendants.** | § | |

---

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff, Stanley Hawkins, Individually and as Independent Executor of the Estate of Elizabeth Paige Hawkins, Deceased, and Defendants, Nexion Health Management, Inc., Nexion Health at Bogata, Inc. d/b/a Regency Healthcare and Rehabilitation Center at Red River, Nexion Health Leasing, Inc., Nexion Health of Texas, Inc., and Nexion Health, Inc., and represent to the Court that an Order should be entered dismissing with prejudice the claims asserted by Plaintiff, Stanley Hawkins, Individually and as Independent Executor of the Estate of Elizabeth Paige Hawkins, Deceased, against Defendants; and

The parties hereto request the Court to enter its Order of Dismissal with prejudice and that all costs are to be paid by the party incurring same.

Respectfully submitted,

**SMITH WEBER, L.L.P.**
5505 Plaza Drive - P.O. Box 6167
Texarkana, TX 75505
Telephone: 903/ 223-5656
Facsimile: 903/223-5652

By: ___/s/ J. Michael Smith_____
    **J. Michael Smith** - *Lead Attorney*
    Texas State Bar ID No. 18630500
    E-Mail:  msmith@smithweber.com

    **C. David Glass**
    Texas State Bar No. 24036642
    E-mail:  dglass@smithweber.com

**ATTORNEYS FOR PLAINTIFF**

**MACDONALD DEVIN, P.C.**

By: ___/s/ Gregory N. Ziegler_____
    **Gregory N. Ziegler, Lead Counsel**
    State Bar No. 00791985
    GZiegler@MacdonaldDevin.com
    **J. Edward Johnson**
    State Bar No. 24070001
    EJohnson@MacdonaldDevin.com

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2130
214.744.3300 Telephone
214.747.0942 Facsimile

**ATTORNEYS FOR DEFENDANTS NEXION HEALTH MANAGEMENT, INC., NEXION HEALTH AT BOGATA, INC. D/B/A REGENCY HEALTHCARE AND REHABILITATION CENTER AT RED RIVER, NEXION LEASING, INC., NEXION HEALTH OF TEXAS, INC., and NEXION HEALTH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system on this 2nd day of September, 2015, which will send notification of such filing to the following parties:

Gregory N. Ziegler
C. Edward Johnson
MacDonald Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

*/s/ J. Michael Smith*
J. Michael Smith