**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **STANLEY HAWKINS, INDIVIDUALLY** § | | **CASE NO. 5:13-cv-00121** |
| **AND AS INDEPENDENT EXECUTOR** § | | |
| **OF THE ESTATE OF ELIZABETH** § | | |
| **PAIGE HAWKINS, DECEASED,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| **NEXION HEALTH MANAGEMENT, INC.;** § | | |
| **NEXION HEALTH AT BOGATA, INC.,** § | | |
| **d/b/a REGENCY HEALTHCARE AND** § | | |
| **REHABILITATION CENTER AT** § | | |
| **RED RIVER; NEXION HEALTH** § | | |
| **LEASING, INC.; NEXION HEALTH OF** § | | |
| **TEXAS, INC.; AND NEXION HEALTH, INC.,** § | | |
| § | | |
| Defendants. § | | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day come on for hearing the Joint Motion to Dismiss of Plaintiff and Defendants to dismiss the above-styled and numbered cause of action with prejudice as to the Complaint filed by Plaintiff, Stanley Hawkins, Individually and as Independent Executor of the Estate of Elizabeth Paige Hawkins, Deceased, against Defendants, Nexion Health Management, Inc., Nexion Health at Bogata, Inc. d/b/a Regency Healthcare and Rehabilitation Center at Red River, Nexion Health Leasing, Inc., Nexion Health of Texas, Inc., and Nexion Health, Inc., and the Court being of the opinion that the same should be in all things granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause is hereby in all things dismissed with prejudice, with costs to be taxed against the party incurring same.

**So ORDERED and SIGNED this 8th day of September, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE