IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| STANLEY HAWKINS AS INDEPENDENT EXECUTOR OF THE ESTATE OF ELIZABETH PAIGE HAWKINS, AND LACY MCKEE<br>    Plaintiffs,<br><br>v.<br><br>NEXION HEALTH MANAGEMENT, INC., ET AL.<br>    Defendants | § § § § § § § § § § § § §      5:13-CV-121 |

## FINAL JUDGMENT

This action came on before the Court, Honorable Rodney Gilstrap, District Judge, presiding, and the Court having entered an Order of Dismissal With Prejudice, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this 8th day of September, 2015.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE